William H. Brownstein, SBN 84507
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
Telephone:(310)458-0048
Fax:(310)362-3212
Email: Brownsteinlaw.bill@gmail.com
Attorneys for John Christopher O'Connor,
Debtor and Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Elizabeth Vazquez,<br><br>Debtor, | Case No. 2:17-cv-07944-JFW<br><br>Chapter 7<br><br>Bankr. Case No. 2:16-bk- 10699-NB<br><br>ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO RULE 8023, F.R. Bank. Pro. |
| James Zarian,<br>        Appellant.<br>vs.<br>Elizabeth Vazquez, U.S. Bank National Association as trustee for CSFB Adjustable Rate Mortgage Trust 2005-10, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA,<br><br>        Appellee(s). | |

ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO RULE 8023, F.R. Bank. Pro.

1

1  The Court having considered the STIPULATION FOR VOLUNTARY
2  DISMISSAL OF APPEAL PURSUANT TO RULE 8023, F.R. Bank. Pro. Filed by
3
4  James Zarian, Appellant, by and through his counsel William H. Brownstein of
5  William H. Brownstein & Associates, Professional Corporation, and U.S. Bank
6
7  National Association as trustee for CSFB Adjustable Rate Mortgage Trust 2005-
8  10, its assignees and/or successors, by and through its servicing agent JP Morgan
9
10 Chase Bank, NA, Appellee, by and through its counsel Bryant S. Delgadillo of
11 Parker Ibrahim & Berg, LLP, pursuant to Rule 8023, F.R. Bank. Pro., it is hereby
12         ORDERED that the Appeal is dismissed and each party shall bear their own
13 costs.
14
15
16 DATE: June 6, 2018
                                                *signature*
17                                              The Honorable John F. Walter
                                                U.S. District Court Judge

28 ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT
   TO RULE 8023, F.R. Bank. Pro.